## DAVIS *v.* DAVIS.

ATKINSON, Presiding Justice. Under the evidence appearing in the record, there was no abuse of discretion on the part of the judge in awarding the moderate amount here shown as temporary alimony and attorney's fees. *Judgment affirmed. All the Justices concur.*

No: 11915. NOVEMBER 27, 1937.

*M. B. Eubanks,* for plaintiff in error.
*Barry Wright* and *Henry J. Fullbright Jr.,* contra.